Form CGFC1  (11/18/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10−30450−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

MetroBank Financial Services, Inc.
POB 560682
Suite 1120
Miami, FL 33156

EIN: 65−0702608

# NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **4/1/11** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed, using the form and the instructions provided with this notice, at the following address:

US Bankruptcy Court
51 SW 1st Ave, Room 1517
Miami, FL 33130

**Filing Deadline for a Foreign Creditor:**

For cases filed on or after October 17, 2005, if this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 12/30/10**                                              **CLERK OF COURT**
                                                                 By: Linda Pittman
                                                                 Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.